IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ADAM COSTELLO & WILLIAM PYTEL<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY. | CIVIL ACTION<br><br>NO. 23-5088 |
|---|---|

## ORDER

**AND NOW**, this 8th day of April, 2024, it is hereby **ORDERED** that Defendant State Farm Fire and Casualty Company's Motion to Dismiss (ECF No. 7) is **GRANTED** with respect to Count I (breach of contract) and Count III (petition to compel appraisal), and **DENIED** with respect to Count II (bad faith) for the reasons stated in the foregoing memorandum.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-5088 Costello v State Farm\23cv5088 Order re MTD.docx